UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF FURSTENBERG FINANCE SAS and MARC BATAILLON<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Civil Action No. 18-Misc._____ |

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION
FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

This matter comes before the Court upon an *ex parte* application for discovery pursuant to 28 U.S.C. § 1782 ("Application") filed by Furstenberg Finance SAS and Marc Bataillon (collectively, "Applicants"). Having considered the Application, Applicants' Memorandum of Law, the Declaration of Warren E. Gluck, dated February 6, 2018, the exhibits thereto, and all other relevant factors;

The Court **FINDS** that:

1. The statutory requirements of 28 U.S.C. § 1782 are satisfied.

2. Each of the discretionary factors set forth in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-64 (2004), weigh in favor of granting discovery.

3. Production of the requested documents is warranted.

It is hereby **ORDERED** that:

1. The Application is GRANTED.

2. Applicants are hereby authorized to issue and serve subpoenas on Bank of America N.A., Bank of China, The Bank of NY Mellon, BNP Paribas SA, Citibank, N.A., Commerzbank AG, Deutsche Bank Trust Company Americas, HSBC Bank (USA), N.A., JPMorgan Chase Bank,

N.A., Société Générale, Standard Chartered Bank, and UBS AG (each a "Bank" and, collectively, "New York Banks"), for the production of the following documents for the period 2008 to present:

    A. Copies of all orders, instructions, and records of wire transfers received from a payor/transferor bank by a payee/transferee bank, including intermediary and correspondent banks, for the benefit or credit of, or with any reference to, the following individuals and entities (collectively, "Discovery Subjects"):

        i. Jean-Michel Paul;

        ii. Carlo Toller;

        iii. Anh Bui;

        iv. Litai Assets LLC;

        v. Vespera Life LLC;

        vi. Wiking Assets LLC;

        vii. Nordland Assets LLC;

        viii. Neptune Assets LLC;

        ix. Lifelong Insurance LLC;

        x. Lifelong Global Insurance LLC;

        xi. Litai Property Management LLC;

        xii. Horo Holdings S.A.;

        xiii. Alpcap PTE LTD;

        xiv. Tomson PTE LTD;

        xv. Hopewell Asset;

        xvi. Hopewell SARL; and

        xvii. Life Settlement Assets PLC.

  B. Copies of records concerning accounts, loans, lines of credit or other funding arrangements in the name of, or held beneficially for, the Discovery Subjects, including copies of present and historical account balance information, and records of incoming and outgoing payments.

3. The New York Banks shall produce the documents requested in their respective subpoenas within twenty-one (21) days of service of the subpoena and as required under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York.

4. Until further Order by this Court, the New York Banks shall preserve documents and evidence, electronic or otherwise, in their possession, custody or control that contain information potentially relevant to the subject matter of Applicants' document request as listed in this Order.

5. The Court shall retain jurisdiction over the matter for the purpose of enforcing this Order, as appropriate, and assessing any supplemental request for discovery assistance by Applicants.

6. A copy of this Order shall be served with each discovery demand.

**SO ORDERED**

Dated: New York, New York
   February ___, 2018

               _____
               UNITED STATES DISTRICT JUDGE