UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF FURSTENBERG FINANCE SAS and MARC BATAILLON<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Civil Action No. 18-Misc._____ |

### RULE 7.1 STATEMENT

Applicants Furstenberg Finance SAS and Marc Bataillon, through undersigned counsel, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Furstenberg UK Ltd. is the parent company of Applicant Furstenberg Finance SAS and no publicly held corporation owns more than 10% of Furstenberg Finance SAS' or Furstenberg UK Ltd.'s stock.

Dated:   New York, New York
         February 6, 2018

HOLLAND & KNIGHT LLP

By: */s Warren E. Gluck*
    Warren E. Gluck
    Robert J. Burns
    Sean P. Barry
31 West 52nd Street
New York, New York 10019
Phone: (212) 513-3200
Fax: (212) 385-9010
warren.gluck@hklaw.com
robert.burns@hklaw.com
sean.barry@hklaw.com

*Attorneys for Applicants*
*Furstenberg Finance SAS and Marc Bataillon*