UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __2-14-18__

18-mc-44 (JGK)

IN RE APPLICATION OF FURSTENBERG
FINANCE SAS AND MARC BATAILLON

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has received an application from Furstenberg Finance SAS and Marc Bataillon (the "Applicants") requesting an ex parte order pursuant to 28 U.S.C. § 1782 authorizing discovery from some New York banks for use in a foreign proceeding. The Applicants are current and former shareholders of Acheron Portfolio Corporation (Luxembourg) S.A. ("Acheron"). They allege that a director of Acheron, Jean-Michael Paul, has an undisclosed interest in a Florida-based company, Litai, which does business with Acheron. The Applicants allege that this undisclosed interest is a violation of Luxembourg criminal law and they intend to file a complaint in Luxembourg Criminal Court based on this violation. In this application, the Applicants seek to obtain discovery from banks in New York relating to the processing of wire transfers between Litai and other entities allegedly owned, beneficially owned and/or controlled by Paul, as well as wire transfers related to the original purchase of Litai.

While an application for discovery under § 1782 can be made <u>ex parte</u>, there has been no showing that <u>ex parte</u> treatment is necessary in this case. The discovery relates to business records kept by financial institutions. The Applicants assert that an <u>ex parte</u> application is appropriate because the foreign litigant can challenge the discovery order after it has been issued by moving to quash. But there is no reason in this case to proceed in that way. The orderly way to proceed is to give notice to all parties. The banks and Paul should be given an opportunity to respond to the application and the Applicants can reply to that response.

In order to set a briefing schedule, the Court will hold a conference on **February 22, 2018** at **3:00 p.m.** Counsel for the Applicants should provide a copy of this Order and the moving papers to all banks that are the object of this application, as well as to Paul, through the means identified in the papers. The banks should, of course, preserve the documents at issue until the application is decided.

**SO ORDERED.**

**Dated:**    **New York, New York**
         **February 13, 2018**

_____
John G. Koeltl
**United States District Judge**