USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/12/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

18-mc-44 (JGK)

IN RE APPLICATION OF FURSTENBERG
FINANCE SAS AND MARC BATAILLON

ORDER GRANTING IN PART
AND DENYING IN PART
APPLICATION FOR
DISCOVERY PURSUANT TO
28 U.S.C. § 1782

JOHN G. KOELTL, District Judge:

This matters comes before the Court upon an application for discovery pursuant to 28 U.S.C. § 1782 ("Application") filed by Furstenberg Finance SAS and Marc Bataillon (collectively, "Applicants"). Having considered the submissions in support of and in opposition to the Application, and all relevant factors, and the Court having issued its Memorandum Opinion and Order dated July 12, 2018,

It is hereby **ORDERED** that:

1. The Application is **GRANTED in part** and **DENIED in part**.

2. Applicants are hereby authorized to issue and serve subpoenas on Bank of America N.A., Bank of China, The Bank of NY Melon, BNP Paribas SA, Citibank, N.A., Commerzbank AG, Deutsche Bank Trust Company Americas, HSBC Bank (USA), N.A., JPMorgan Chase Bank, N.A., Société Générale, Standard Chartered Bank, and UBS AG (each a "Bank" and, collectively, "New York Banks"), for the production of the following documents from the period 2008 to present:

A. Copies of all orders, instructions, and records of wire transfers received from a payor/transferor bank by a payee/transferee bank, including intermediary and correspondent banks, where any of the following individuals and/or entities (collectively, "Discovery Targets") is listed as the originator, or the beneficiary, or is otherwise referenced in the wire transfer.

    i. Jean-Michel Paul;
    ii. Anh Bui;
    iii. Litai Assets LLC;
    iv. Vespera Life LLC;
    v. Wiking Assets LLC;
    vi. Nordland Assets LLC;
    vii. Neptune Assets LLC;
    viii. Lifelong Insurance LLC;
    ix. Lifelong Global Insurance LLC;
    x. Litai Property Management LLC;
    xi. Horo Holdings S.A.;
    xii. Alpcap PTE LTD;
    xiii. Life Settlement Assets PLC

3. The New York Banks shall produce the documents requested in their respective subpoenas within twenty-one (21) days of service of the subpoena and as required under the

2

Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York.

4.  Until further Order by this Court, the New York Banks shall preserve documents and evidence, electronic or otherwise, in their possession, custody or control that contain information potentially relevant to the subject matter of Applicants' document request as listed in this Order.

5.  The Court shall retain jurisdiction over the matter for the purpose of enforcing this Order, as appropriate, and assessing any supplemental request for discovery assistance by Applicants.

6.  A copy of this Order shall be served with each discovery demand.

**SO ORDERED.**

Dated:   New York, New York
         July 12, 2018

_____
John G. Koeltl
United States District Judge